SANDFORD, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Divi-

sion, First Department. June 10, 1904.) Action by Eva Sandford, as executrix, against the Erie Railroad Company. E. D. O'Brien, for appellant. F. B. Jennings, for respondent. No opinion. Order affirmed, with costs.